IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

BRIAN HACKETT,                               *

          Plaintiff,                    *

v.                                                        Case No.  7:23-cv-139 (WLS-ALS)

                             *

WARDEN DESHAWN JONES.,

                             *

          Defendant.

_____           *

## **J U D G M E N T**

    Pursuant to this Court's Order dated 3/6/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

    This 7th day of March, 2025.

                                                      David W. Bunt, Clerk

                                                      s/ Katie Logsdon, Deputy Clerk